Michael McNATT; John Roy; Alton Woods, Plaintiffs,

Carlton Edward JOLLEY, Plaintiff–Appellant,

v.

PARKER, Mr., I/O; Rubo, Captain, I/O a; Lt. Sullivan; Potz, Head Sup'r, I/O, John Armstrong, Individual and Official Capacity; Willis, Officer, Individual and Official Capacity; Montesi, Counselor, Individual and Official Capacity; John Hall, Individual and Official Capacity; Miele, Deputy Warden, I/O capacity; Jean Gladding, I/O capacity; Deborah Vaughn, Lt., I/O capacity; Eddie Desk, I/O capacity; William Robert Franck, I/O capacity; Riggott, C/O, I/O capacity; Wayne Sparks, I/O capacity; Robert Leddy, Defendants–Appellees.

No. 00–26.

United States Court of Appeals, Second Circuit.

June 6, 2001.

Carlton Jolley, Uncasville, CT, pro se.

Robert B. Fiske, III, Assistant Attorney General, Hartford, CT; Richard Blumenthal, Attorney General of Connecticut, on the brief, for appellees.

Present JACOBS and LEVAL, Circuit Judges, and MURTHA, District Judge.*

* The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the United States District Court for the District of Connecticut be, and it hereby is, AFFIRMED.

Carlton Edward Jolley, *pro se, in forma pauperis,* and incarcerated, appeals from a judgment dismissing his complaint pursuant to Fed.R.Civ.P. 12(b)(6) and 56(c). Specifically, Jolley appeals the district court's dismissal of his Eighth Amendment and procedural due process claims, as well as the sufficiency of the district court's "guidance" as to how he could cure pleading deficiencies. We affirm for substantially the reasons stated in Judge Nevas's Ruling and Order. *See McNatt, et al. v. Unit Manager Parker, et al.,* No. 96 CV 1397(AHN), 1997 WL 251578 (D.Conn. Jan. 18, 2000).